1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9         EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,                )  CASE NO. 5:20-MJ-00020-JLT
                                             )
12                          Plaintiff,       )  **UNSEALING ORDER**
             v.                              )
13                                           )
                                             )
14  ADRIAN PEREZ,                            )
                                             )
15                          Defendant.       )
                                             )
16  _____ )

17          Good cause appearing due to the defendant's pending initial appearance in the Eastern District of

18  California, it is hereby ordered that the Complaint, arrest warrant, and related court filings in the above

19  matter, be UNSEALED.

20

21  IT IS SO ORDERED.

22      Dated:   **August 5, 2020**                    **/s/ Jennifer L. Thurston**
23                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28